■ RANKUMAN SOBHAN et al., Respondents, v ASHLAND CHEMICAL Co. et al., Defendants, and REICHHOLD CHEMICALS, INC., Appellant. — In an action to recover damages for personal injuries, etc., defendant Reichhold Chemicals, Inc., appeals from an order of the Supreme Court, Queens County (Graci, J.), dated January 7, 1983, which denied its motion to dismiss the complaint as against it for lack of personal jurisdiction. ¶ Order affirmed, with costs. ¶ It is undisputed that service of the summons with notice in this action was made upon Gerald Baier, manager of appellants' Elizabeth, New Jersey, plant. Baier testified at the traverse hearing that as manager he is generally responsible for the operation of the plant. Such position involves judgment and discretion sufficient to make Baier a managing agent within the meaning of CPLR 311 (subd 1) (see *Taylor v Garden State Provident Assn.*, 136 NY 343; *Colbert v International Security Bur.*, 70 AD2d 945), and, therefore, jurisdiction over the appellant corporation was obtained by service upon him. The fact that the service was made without the State does not affect this result (see CPLR 313; *Public Administrator v Royal Bank*, 19 NY2d 127; *Decisionware, Inc. v Systems Equip. Lessors*, 45 AD2d 971). Titone, J. P., Mangano, Thompson and Brown, JJ., concur.

■ SPACE ORDINANCE SYSTEMS, DIVISION OF TRANSTECHNOLOGY CORPORATION, Respondent, v WESTERN DYNAMICS INTERNATIONAL, INC., Appellant. — In an action to recover damages for goods sold and delivered, defendant appeals from an order of the Supreme Court, Nassau County (Kelly, J.), dated August 26, 1983, which denied its motion to vacate a default judgment. ¶ Order reversed, on the law and in the exercise of discretion, without costs or disbursements, motion granted, default judgment vacated, and proposed answer deemed served (see *Smith v Waldbaum's Supermarket*, 99 AD2d 530; *Pazienza v Floral Pet*, 98 AD2d 743; *Colonial Country Club v Village of Ellenville*, 89 AD2d 935). Titone, J. P., Mangano, Thompson and Brown, JJ., concur.